**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2354**

———————

MICHELLE WAGNER,

Plaintiff - Appellant,

versus

K-MART CORPORATION,

Defendant - Appellee,

versus

ROBERTS JANITORIAL & FLOOR CARE SERVICE,

Third Party Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-96-33-2-18)

———————

Submitted:  July 22, 1998          Decided:  July 31, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michelle Wagner, Appellant Pro Se.  Thomas Jackson Wills, IV, James
Earle Reeves, BARNWELL, WHALEY, PATTERSON & HELMS, Charleston,
South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the jury's verdict in this personal injury action and the district court's order denying Appellant's motion for a new trial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wagner v. K-Mart Corp.</u>, No. CA-96-33-2-18 (D.S.C. June 19 & July 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>